No. 479, Misc. LAWLOR ET AL., TRADING AS INDEPENDENT POSTER EXCHANGE, *v.* NATIONAL SCREEN SERVICE CORP. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Francis T. Anderson* for petitioners. *Louis Nizer, Abraham L. Freedman, Louis J. Goffman, W. Bradley Ward* and *Edward W. Mullinix* for respondents.

MARCH 30, 1959.

No. 466. COOKE ET AL. *v.* NORTH CAROLINA. Appeal from the Supreme Court of North Carolina. Upon consideration of the suggestion of death the appeal of Phillip Cooke is dismissed as abated.

No. 743. PARKER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. The motion for the appointment of counsel is granted and it is ordered that *Frank M. Wozencraft, Esquire,* of Houston, Texas, a member of the Bar of this Court be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 700. UNITED STATES *v.* MERSKY ET AL. Appeal from the United States District Court for the Southern District of New York. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States. *Julius L. Schapira* for appellees.